No. 280, October Term, 1941. JONES *v.* CITY OF OPELIKA;

No. 314, October Term, 1941. BOWDEN ET AL. *v.* FORT SMITH; and

No. 966, October Term, 1941. JOBIN *v.* ARIZONA. February 15, 1943. Petition for rehearing granted. **316** U. S. 584.